IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01164-AP

LANCE M. COLETTI,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Michael A. Desaulniers, No. 22593
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO, No. 31274
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
Anthony.navarro@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:**  May 22, 2009

    **B.  Date Complaint Was Served on U.S. Attorney's Office:** June 29, 2009

    **C. Date Answer and Administrative Record Were Filed:**  August 31, 2009

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    To the best of their knowledge, the parties state that the administrative record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    There are no unusual claims or defenses in this case.

**7.  OTHER MATTERS**

    There are no other matters.

**8.  BRIEFING SCHEDULE**

    **A.  Plaintiffs Opening Brief Due:**  November 2, 2009

    **B.  Defendant's Response Brief Due:**  December 2, 2009

    **C.  Plaintiffs Reply Brief (If Any) Due:**  December 17, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of September, 2009.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Michael A. Desaulniers | DAVID M. GAOUETTE |
| MICHAEL A. DESAULNIERS | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, CO 81003 | KEVIN TRASKOS |
| Telephone: (719) 543-8636 | Deputy Chief, Civil Division |
| seckarlaw@mindspring.com | United States Attorney's Office |
| | District of Colorado |
| Attorney for Plaintiff-Appellant | kevin.traskos@usdoj.gov |
| | |
| | s/ Anthony J. Navarro |
| | Anthony J. Navarro |
| | Special Assistant U.S. Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-7278 |
| | anthony.navarro@ssa.gov |
| | |
| | Attorneys for Defendant-Appellee |